AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jr., William H. | United States Court of Appeals | 5/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

1729 Fifth Avenue North
Suite 900
Birmingham, AL 35203

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor | University of Alabama School of Law |
| 2. | Adjunct Professor | Cumberland School of Law, Samford University |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | University of Alabama School of Law | $12,000.00 |
| 2. 2016 | Cumberland School of Law, Samford University | $7,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | SELF-EMPLOYED ACCOUNTANT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | January 22-23,2016 | Orlando, FL | Panel Member, 2016 Annual Florida Chapters Conference | Transportation, Lodging and Meals |
| 2. | Federalist Society | March 21-22, 2016 | Cedar Rapids, IA | Deliver Lecture, University of Iowa College of Law | Transportation, Lodging, and Meals |
| 3. | Federalist Society | April 5, 2016 | Nashville, TN | Deliver Lecture, Vanderbilt University Law School | Transportation and Meal |
| 4. | The American Law Institute | May 18, 2016 | Washington, DC | Speaker, ALI Annual Meeting | Transportation, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/12/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Cato Institute | June 13-14, 2016 | Washington, DC | Deliver Closing Address, Religious Liberty Conference | Transportation, Lodging, and Meals |
| 6. | The American Law Institute | September 8-9, 2016 | Philadelphia, PA | Restatement of the Law Third, Conflict of Law Advisers Meeting | Transportation, Lodging, and Meals |
| 7. | FaulkenerLaw, Thomas Goode Jones School of Law | September 22-23, 2016 | Montgomery, AL | Keynote Speaker, Review Symposium | Transportation, Lodging, and Meals |
| 8. | The Heritage Foundation | October 5, 2016 | Washington, DC | Speaker, Originalism Revolution Turns 30 | Lodging and Meal |
| 9. | Federalist Society | November 16 -18, 2016 | Washington, DC | Panel Moderator, National Lawyers Convention | Transportation, Lodging, and Meals |
| 10. | University of Alabama | August 15- November 14, 2016 | Tuscaloosa, AL | Teaching,Statutory Interpretation | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. - FIDELITY SELECT RETAILING | A | Dividend | K | T | | | | | |
| 3. IRA #2 (H) | | | | | | | | | |
| 4. - FIDELITY SELECT MEDICAL DELIVERY | A | Dividend | | | Sold | 05/10/16 | K | D | |
| 5. - FIDELITY SELECT BIOTECHNOLOGY | B | Dividend | | | Sold | 05/10/16 | K | E | |
| 6. - FIDELITY BLUE CHIP GROWTH | B | Dividend | L | T | | | | | |
| 7. - FIDELITY IT SERVICES PORTFOLIO | A | Dividend | K | T | | | | | |
| 8. -FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | K | T | Buy | 05/10/16 | L | | |
| 9. | | | | | Sold (part) | 12/29/16 | L | | |
| 10. -FIDELITY LARGE CAP VALUE ENHANCED INDEX | | None | K | T | Buy | 12/29/16 | K | | |
| 11. -FIDELITY NASDAQ COMPOSITE INDEX | | None | K | T | Buy | 12/29/16 | K | | |
| 12. -FIDELITY SELECT CHEMICALS | | None | K | T | Buy | 12/29/16 | K | | |
| 13. IRA #3 (H) | | | | | | | | | |
| 14. -FIDELITY SELECT HEALTHCARE | C | Dividend | | | Sold | 11/21/16 | L | | |
| 15. -FIDELITY STRATEGIC DIVIDEND & INCOME | B | Dividend | L | T | Buy | 11/21/16 | L | | |
| 16. IRA #4 (H) | | | | | | | | | |
| 17. -FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -FIDELITY SELECT HEALTHCARE | A | Dividend | | | Sold | 12/02/16 | L | | |
| 19. -FIDELITY SELECT BIOTECHNOLOGY | B | Dividend | | | Sold | 10/25/16 | K | E | |
| 20. -FIDELITY SELECT PHARMACEUTICAL | | None | | | Sold (part) | 10/25/16 | K | | |
| 21. | | | | | Sold | 12/02/16 | K | D | |
| 22. -FIDELITY REAL ESTATE | B | Dividend | K | T | | | | | |
| 23. -FIDELITY SELECT ENERGY | A | Dividend | K | T | Buy | 10/25/16 | K | | |
| 24. -FIDELITY SELECT SEMICONDUCTORS PORT | A | Dividend | K | T | Buy | 10/25/16 | K | | |
| 25. -FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | M | T | Buy | 12/02/16 | M | | |
| 26. IRA #7 (H) | | | | | | | | | |
| 27. -FIDELITY SELECT BIOTECHNOLOGY | A | Dividend | | | Sold | 10/25/16 | K | D | |
| 28. -FIDELITY OTC PORTFOLIO | A | Dividend | K | T | | | | | |
| 29. -FIDELITY TOTAL EMERGING MARKETS | A | Dividend | K | T | Buy | 10/25/16 | K | | |
| 30. BROKERAGE ACCT #1 (H) | | | | | | | | | |
| 31. -FIDELITY CASH | A | Interest | J | T | Sold (part) | 05/10/16 | J | | |
| 32. | | | | | Sold | 07/01/16 | K | | |
| 33. | | | | | Buy | 11/22/16 | K | | |
| 34. | | | | | Sold (part) | 12/12/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/13/16 | J | | |
| 36.  -FIDELITY OHIO MUNI INCOME | B | Dividend | | | Buy (add'l) | 05/10/16 | J | | |
| 37. | | | | | Sold (part) | 06/21/16 | K | A | |
| 38. | | | | | Sold (part) | 09/07/16 | J | A | |
| 39. | | | | | Sold | 11/22/16 | K | | |
| 40.  -AMERICAN BALANCED CLASS F1 | A | Dividend | K | T | Buy | 12/12/16 | K | | |
| 41.  -FIDELITY SMALL CAP ENHANCED INDEX FUND | A | Dividend | J | T | Buy | 12/13/16 | J | | |
| 42.  BROKERAGE ACCT #2 (H) | | | | | | | | | |
| 43.  -CASH | A | Interest | | | Buy | 04/29/16 | L | | |
| 44. | | | | | Sold (part) | 05/10/16 | K | | |
| 45. | | | | | Sold (part) | 05/12/16 | K | | |
| 46. | | | | | Sold (part) | 07/06/16 | J | | |
| 47. | | | | | Sold (part) | 07/08/16 | J | | |
| 48. | | | | | Sold (part) | 08/02/16 | J | | |
| 49. | | | | | Sold | 08/04/16 | J | | |
| 50.  -FIDELITY F/T TREAS BN\D INDEX PREMIUM CL | A | Dividend | | | Buy | 05/10/16 | K | | |
| 51. | | | | | Buy (add'l) | 07/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 53. | | | | | Sold | 11/16/16 | K | | |
| 54.   -NUVEEN HIGH YIELD MUNI CLASS | A | Dividend | | | Buy | 05/12/16 | K | | |
| 55. | | | | | Buy (add'l) | 07/08/16 | J | | |
| 56. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 57. | | | | | Sold | 11/18/16 | K | | |
| 58.   -FIDELITY SMALL CAP ENHANCED INDEX FUND | A | Dividend | K | T | Buy | 11/30/16 | K | | |
| 59.   -FIDELITY SELECT SEMICONDUCTORS PORT | A | Dividend | K | T | Buy | 11/30/16 | K | | |
| 60.   -FIDELITY CAPITAL & INCOME | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 61.   -FIDELITY LARGE CAP VALUE ENHANCED INDEX | A | Dividend | J | T | Buy | 12/13/16 | J | | |
| 62.   WARREN AVERITT, LLC PROFIT SHARING PLAN (H) | | | | | | | | | |
| 63.   -AQR MANAGED FUTURES STRATEGY FUND | A | Dividend | J | T | | | | | |
| 64.   -BOSTON PARTNERS ROBECO LONG/ SHORT RESEARCH | A | Dividend | J | T | | | | | |
| 65.   -LEGG MASON CLEARBRIDGE SMALL CAP GROWTH I | | None | | | Sold | 01/07/16 | J | | |
| 66.   -DFA EMERGING MARKETS CORE EQUITY I | | None | | | Sold | 01/07/16 | J | | |
| 67.   -DFA INTERNATIONAL SMALL COMPANY I | B | Dividend | K | T | | | | | |
| 68.   -DFA INTERNATIONAL VALUE I | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -DFA US MICRO CAP I | A | Dividend | J | T | | | | | |
| 70. -DODGE & COX INTERNATIONAL STOCK | | None | | | Sold | 01/07/16 | J | | |
| 71. -JPMORGAN STRATEGIC INCOME OPPORTUNITIES FUND | A | Dividend | J | T | | | | | |
| 72. -MELLON STABLE VALUE FUND | A | Dividend | J | T | | | | | |
| 73. -MERGER INVESTOR | A | Dividend | J | T | | | | | |
| 74. -OPPENHEIMER STEEL PATH MLP ALPHA | A | Dividend | J | T | | | | | |
| 75. -PIMCO COMMODITIESPLUS STRATEGY INSTL | | None | | | Sold | 01/07/16 | J | | |
| 76. -T.ROWE PRICE REAL ESTATE | | None | | | Sold | 01/07/16 | J | | |
| 77. -VANGUARD EMERGING MKTS STOCK IDX. | A | Dividend | K | T | | | | | |
| 78. -VANGUARD EQUITY-INCOME ADM | | None | | | Sold | 01/07/16 | J | | |
| 79. -VANGUARD GROWTH INDEX ADM | A | Dividend | K | T | | | | | |
| 80. -VANGUARD INTERM-TERM CORPORATE BOND | A | Dividend | K | T | | | | | |
| 81. -VANGUARD MID-CAP GROWTH INDEX ADM | A | Dividend | K | T | | | | | |
| 82. -VANGUARD MID-CAP VALUE INDEX ADM | A | Dividend | K | T | | | | | |
| 83. -VANGUARD SMALL CAP GROWTH INDEX ADM | A | Dividend | K | T | | | | | |
| 84. -VANGUARD SMALL CAP VALUE INDEX ADM | A | Dividend | K | T | | | | | |
| 85. -VANGUARD TOTAL BOND MARKET INDEX ADM | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -VANGUARD VALUE INDEX ADM | A | Dividend | K | T | | | | | |
| 87. -VULCAN VALUE PARTNERS SMALL CAP | | None | | | Sold | 01/07/16 | J | | |
| 88. BBVA COMPASS BANK - A/C #1 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For all of the assessts listed under the Warren Averett, LLC Profit Sharing Plan, the information in column D(4) is omitted because that information is unavailable. The statements that we receive from the profit sharing plan do not disclose this information. And the plan does not record this information.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Pryor, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544